**J. A. MILLER, et al., v. ARTHUR T. EAKER**

19 So. (2nd) 410                                  June Term, 1944
October 13, 1944                                      Division A
Rehearing denied November 2, 1944

*J. C. Davant,* for appellants.
*Alfred P. Marshall,* for appellee.

PER CURIAM:

This appeal primarily presents questions of fact which were passed upon by the chancellor and we find from a study of the record and briefs that the decree appealed from is sustained by substantial and competent testimony. Therefore, it is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.